UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: Frank and Shawn Easterday | Case No. 14-07908 |
| | Hon. Gregg |
| | CHAPTER 13 |

_____/

WITHDRAWAL OF DEBTORS MOTION REQUESTING MORTGAGE MODIFICATION REVIEW

 Now comes the Debtor, Frank and Shawn Easterday, by and through counsel, Jesse R. Sweeney, and hereby withdraws the prior filed Debtors Motion Requesting Mortgage Modification Review docket number 27.

DATE:_April 13, 2015        /s/  Jesse R. Sweeney
                  Jesse R. Sweeney (P60941)
                  Sweeney Law Offices, P.L.L.C.
                  Attorney for Debtor
                  30555 Southfield Road, Suite 400
                  Southfield MI 48076
                  (586) 909-8017
                  Sweeneylaw2005@yahoo.com